UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-157(01) RM |
| | ) | |
| JEFFREY COLEMAN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 26, 2010 [Doc. No. 13]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Jeffrey Coleman's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED: February 16, 2010

/s/ Robert L. Miller, Jr.
Judge
United States District Court